GEORGE EDWIN JOSEPH, as Trustee in Bankruptcy of THE MUTUAL MERCANTILE AGENCY, Appellant, *v.* NORMAN C. RAFF, Respondent.

*Joseph* v. *Raff*, 82 App. Div. 47, affirmed.
(Argued November 16, 1903; decided December 1, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 18, 1903, reversing a judgment in favor of plaintiff entered

upon a decision of the court on trial at Special Term and granting a new trial.

*Judson S. Landon, George Edwin Joseph, William L. Cahn* and *Wilson B. Brice* for appellant.

*William B. Ellison, Walter L. McCorkle* and *Arnold L. Davis* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs; no opinion.

Concur: GRAY, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ. Absent: PARKER, Ch. J.